NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANGLES R. OWENS,                           )
                                           )
            Appellant,                     )
                                           )
v.                                         )          Case No. 2D18-1721
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____)

Opinion filed November 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle Sisco,
Judge.

PER CURIAM.

Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); State v. King, 426 So. 2d 12 (Fla. 1982); State v. Roby, 246 So. 2d 566 (Fla. 1971); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA 1991); Budd v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); Hillman v. State, 410 So. 2d 180 (Fla. 2d DCA 1982); McMillan v. State, 832 So. 2d 946 (Fla. 5th DCA 2002); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001); Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998); Freeny v. State, 621 So. 2d 505 (Fla. 5th DCA 1993).

KHOUZAM, MORRIS, and LUCAS, JJ., Concur.